E-filing

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MANUEL GONZALEZ,

        Defendant.
_____/

NO. CR 05-00175-01 JW

**SEALING ORDER**

   The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

  **X**    Presentence Report

  ____   Plea Agreement

  **X**    STATEMENT OF REASONS
       (Other)

Dated: JULY 28, 2005

_____
JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

UNITED STATES PROBATION
UNITED STATES PRETRIAL SERVICES
UNITED STATES ATTORNEY'S OFFICE
AUSA: MATTHEW LAMBERTI ESQ

AFPD: NICK HUMY ESQ

**Dated: JULY 28, 2005**

Richard W. Wieking, Clerk

By:

Ronald L. Davis
Courtroom Deputy

United States District Court
For the Northern District of California